**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>            **Plaintiff,**<br>   **v.**<br>**ROBERT JARROD JOHNSON,**<br>            **Defendant.** | **Case No. 2:14-cr-274**<br>**Judge Peter C. Economus**<br>**Magistrate Judge Deavers**<br>**ORDER** |

This matter is before the Court for consideration of the Report and Recommendation ("R & R") of the Magistrate Judge. (ECF No. 25.) The Magistrate Judge recommended that the Court accept Defendant's guilty plea to Count One of the Indictment (ECF No. 10).

No party has objected to the R & R and the time period for filing objections has past. The R & R of the Magistrate Judge specifically advised the parties that failure to object to the R & R within fourteen days results in a "waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 25 at 3.)

The Court has reviewed the R & R of the Magistrate Judge pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the R & R of the Magistrate Judge and accepts Defendant's guilty plea. (ECF No. 25.)

   **IT IS SO ORDERED.**

                                                                                         _____
                                                                                         **UNITED STATES DISTRICT JUDGE**